```
JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244

Attorneys for Plaintiff,
SARAH KIM
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-08-5565-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date: March 27, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Honorable Susan Illston |

    Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of record, hereby jointly request that this Court issue an order continuing the hearing on defendants' Motion to Dismiss from Friday, March 27, 2009, at 9:00 a.m., to Friday, April 10, 2009, at 9:00

1  a.m., the date of the initial case management conference. In addition, in the interests of
2  efficiency and judicial economy, the parties respectfully request the Court to hold the case
3  management conference, which is scheduled to commence at 2:30 p.m. that day, immediately
4  after the hearing.
5       This stipulated request is supported by good cause because lead trial counsel for plaintiff
6  and defendants, who will offer oral argument on behalf of their clients at this hearing, are in trial
7  during March, 2009.

8  DATED: March 13, 2009     McMANIS FAULKNER

10     GEOFFREY BENTZEL

11     Attorneys for Plaintiff,
12     SARAH KIM

13  DATED: March 11, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

15     CHARLES O. THOMPSON

17     Attorneys for Defendants,
   INTERDENT, INC., a Delaware corporation,
   a/k/a INTERDENT SERVICE CORPORATION,
18     a Washington corporation, a/ka GENTLE
   DENTAL, a/k/a MOUNTAIN VIEW DENTAL,
19     a/k/a BLUE OAK DENTAL GROUP, a/k/a
   DEDICATED DENTAL, a/k/a AFFORDABLE
20     DENTAL CARE, a/k/a CAPITAL DENTAL

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The motion is continued to Friday, April 24, 2009, at 9:00 a.m.

                                          _____
                                          Honorable Susan Illston
                                          UNITED STATES DISTRICT JUDGE

                                          DATED: _____