```
JAMES McMANIS (40958)
SHARON KIRSCH (157157)
NEDA MANSOORIAN (207832)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244


Attorneys for Plaintiff,
SARAH KIM
```

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/ka GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 08-CV-5565-SI<br><br>**SUBSTITUTION OF COUNSEL** |

---
1
SUBSTITUTION OF COUNSEL; CASE NO. 08-CV-5565-SI

1  REQUEST FOR SUBSTITUTION OF COUNSEL:

2      The undersigned hereby requests that Sharon Kirsch and Matthew Schechter be
3  substituted in as attorney for Plaintiff. Geoffrey Bentzel should be removed as attorney of
4  record. The firm of record and attorneys of record James McManis and Neda Mansoorian will
5  remain the same.

6  Dated: March 20, 2009                                    McMANIS FAULKNER

                                                                                             *Sharon Kirsch*
                                                                    SHARON KIRSCH

                                                                    Attorneys for Plaintiff,
                                                                    SARAH KIM