JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-08-5565-SI<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    April 24, 2009<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 10, 19th Floor<br>Judge:  Honorable Susan Illston |

Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S.,

Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent

Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View

Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and

a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of

record, hereby jointly request that this Court issue an order continuing the hearing on defendants'

1 Motion to Dismiss from Friday, April 24, 2009, at 9:00 a.m., to Friday, May 15, 2009, at 9:00

2 a.m.

3      The parties had previously sought, via stipulation and order, to continue the date of the

4 hearing from March 27, 2009 to April 10, 2009. This Court signed the stipulation and order and

5 continued the hearing date to April 24, 2009. Plaintiff's counsel, however, is not available on

6 April 24.

7      This stipulated request is supported by good cause because lead trial counsel for plaintiff,

8 due to prior commitments, is not available on April 24, 2009 and because counsel for plaintiff

9 and defendants, who will offer oral argument on behalf of their clients at this hearing, are

10 available to appear in court on May 15, 2009.

11

12 Dated: April 2, 2009            McMANIS FAULKNER

13

14                           //s// 
                  NEDA MANSOORIAN

15                   Attorneys for Plaintiff,
SARAH KIM

16

17

18 Dated: April 2, 2009            LEWIS BRISBOIS BISGAARD & SMITH LLP

19

20                           //s//

21                   CHARLES O. THOMPSON

22                   Attorneys for Defendants,
INTERDENT, INC., a Delaware corporation, a/k/a

23                   INTERDENT SERVICE CORPORATION, a
Washington corporation, a/k/a GENTLE DENTAL,

24                   a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE
OAK DENTAL GROUP, a/k/a DEDICATED

25                   DENTAL, a/k/a AFFORDABLE DENTAL CARE,
a/k/a CAPITAL DENTAL

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING           CASE NO. CV-08-5565-SI

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA