JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV-08-5565-SI<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   May 15, 2009<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 10, 19th Floor<br>Judge:  Honorable Susan Illston |

　　　　Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of

record, hereby jointly request that this Court issue an order continuing the hearing on defendants' Motion to Dismiss from Friday, May 15, 2009, at 9:00 a.m., to Friday, May 29, 2009, at 9:00 a.m.

The parties had previously sought, via stipulation and order, to continue the date of the hearing from March 27, 2009 to April 10, 2009. This Court signed the stipulation and order and continued the hearing date to April 24, 2009. Plaintiff's counsel, however, was not available on April 24. The parties then submitted a stipulation and order continuing the hearing from April 24, 2009 to May 15, 2009. After filing the stipulation, but before receiving the signed Order from the Court, James McManis, counsel for plaintiff, was unexpectedly reset for a hearing on a motion for summary judgment in Santa Cruz County on May 15, 2009, at 8:30 a.m. Therefore, Mr. McManis is no longer able to appear on May 15. The parties have met and conferred on this matter and have agreed on May 29, 2009.

Given the importance of the Motion to Dismiss, and plaintiff's wish to have Mr. McManis argue in opposition to the motion, the parties ask for the Court's understanding in considering this request for a continuance. The parties therefore request that the Court continue the hearing on the Motion to Dismiss from Friday, May 15, 2009, at 9:00 a.m., to Friday, May 29, 2009, at 9:00 a.m. so that it will be heard prior to the June 5, 2009, initial Case Management Conference.

Dated: April 10, 2009    McMANIS FAULKNER

　　　　　　　　　　　　　　　　　　　　　//s//
                         NEDA MANSOORIAN

                         Attorneys for Plaintiff,
                         SARAH KIM

---

2
THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; CASE NO. CV-08-5565-SI

| | | |
|---|---|---|
| 1 | Dated: April 10, 2009 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

_____//s//_____
CHARLES O. THOMPSON

Attorneys for Defendants,
INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/ka GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA