IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim , | No. C 3:08-cv-05565-SI      SI   SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| Interdent, Inc. , | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 30, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 26, 2010</u>.

DESIGNATION OF EXPERTS: <u>4/12/10</u>; REBUTTAL: <u>4/30/10</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 29, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 4, 2010</u>;

     Opp. Due <u>June 18, 2010</u>;  Reply Due <u>June 25, 2010</u>;

      and set for hearing no later than <u>July 9, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 10, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 23, 2010</u> at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall exchange initial disclosures by 6/30/09.
The parties will participate in private mediation in October 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge