**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES O. THOMPSON, SB# 139841
SANDRA K. MCINTYRE, SB# 206417
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>INTERDENT, INC., a Delaware corporation, aka INTERDENT SERVICE CORPORATION, a Washington corporation, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-5565 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Defendants, INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL (collectively "Defendants"), and Plaintiff, SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased, ("Plaintiff"), by and through their respective counsel of record, herein, hereby jointly request that this Court issue an order continuing the hearing on Defendants' Motion to Dismiss from Friday, August 7, 2009, at 9:00 a.m., to Friday, August 28, 2009, at 9:00 a.m. This stipulated request is supported by good cause because lead trial counsel for Defendants and

Plaintiff, who will offer oral argument on behalf of their respective clients at this hearing, are both unavailable on any other date prior to August 28, 2009.

McMANIS FAULKNER

DATED: July 6, 2009      By _____
James McManis, Esq.
Neda Mansoorian, Esq.
Matthew Schechter, Esq.
Attorneys for Plaintiff, SARAH KIM, , Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,

DATED: July 6, 2009      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
Charles O. Thompson, Esq.
Sandra McIntyre, Esq.
Attorneys for Defendants INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that hearing on Defendants' Motion to Dismiss is continued from August 7, 2009, at 9:00 a.m. to ~~August 28, 2009~~ September 11, at 9:00 a.m.

DATED: _____

_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE