JAMES MCMANIS (40958)
SHARON KIRSCH (157157)
NEDA MANSOORIAN (207832)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     408-279-8700
Facsimile:     408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>     Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. CV-08-5565-SI<br><br>**STIPULATION** ~~AND [PROPOSED]~~ **ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     September 11, 2009<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 10, 19th Floor<br>Judge:   Honorable Susan Illston |

    Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of record, hereby jointly request that this Court issue an order continuing the hearing on defendants'

1  Motion to Dismiss Plaintiff's First Amended Complaint from Friday, September 11, 2009, at
2  9:00 a.m., to Friday, November 13, 2009, at 9:00 a.m.
3    This stipulated request is supported by good cause because lead trial counsel for plaintiff
4  and defendants, who will offer oral argument on behalf of their clients at this hearing, are
5  unavailable on September 11, 2009. Furthermore, due to their respective schedules, counsel for
6  the parties are not available from September 18th through and including November 6th. Thus,
7  the parties are asking for the November 13 date and have set that date aside to appear in Court to
8  argue this motion.

11  Dated: August 3, 2009     McMANIS FAULKNER

14               MATTHEW SCHECHTER

15               Attorneys for Plaintiff,
16               SARAH KIM

18  Dated: August 3, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

20               CHARLES O. THOMPSON
21               SANDRA K. McINTYRE

22               Attorneys for Defendants,

23               INTERDENT, INC., a Delaware corporation,
24               a/k/a INTERDENT SERVICE CORPORATION,
              a Washington corporation, a/ka GENTLE
25               DENTAL, a/k/a MOUNTAIN VIEW DENTAL,
              a/k/a BLUE OAK DENTAL GROUP, a/k/a
26               DEDICATED DENTAL, a/k/a AFFORDABLE
              DENTAL CARE, a/k/a CAPITAL DENTAL

Motion to Dismiss Plaintiff's First Amended Complaint from Friday, September 11, 2009, at 9:00 a.m., to Friday, November 13, 2009, at 9:00 a.m.

      This stipulated request is supported by good cause because lead trial counsel for plaintiff and defendants, who will offer oral argument on behalf of their clients at this hearing, are unavailable on September 11, 2009. Furthermore, due to their respective schedules, counsel for the parties are not available from September 18th through and including November 6th. Thus, the parties are asking for the November 13 date and have set that date aside to appear in Court to argue this motion.

Dated: August 3, 2009          McMANIS FAULKNER

MATTHEW SCHECHTER

Attorneys for Plaintiff,
SARAH KIM

Dated: August 3, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLP

CHARLES O. THOMPSON
SANDRA K. McINTYRE

Attorneys for Defendants,

INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on defendants' Motion to Dismiss Plaintiff's First Amended Complaint is hereby continued from September 11, 2009 to November 13, 2009 at 9:00 a.m.

Dated: 8/4/09



HON.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA