LEWIS BRISBOIS BISGAARD & SMITH LLP
CHARLES O. THOMPSON, SB# 139841
SANDRA K. MCINTYRE, SB# 206417
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>INTERDENT, INC., a Delaware corporation, aka INTERDENT SERVICE CORPORATION, a Washington corporation, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-5565 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON TO CONTINUE MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE DATE** |

Defendants, INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL (collectively "Defendants"), and Plaintiff, SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased, ("Plaintiff"), by and through their respective counsel of record, herein, hereby jointly request that the court enter an order 1) continuing the mediation completion deadline from October 16, 2009 to December 20, 2009; and 2) continuing the further Case Management Conference regarding the status of mediation from Friday, October 30, 2009, at 3:00

p.m., to Friday, January 29, 2010, at 3:00 p.m. It would not be prudent for the parties to incur the expense associated with mediating the case until after there is a determination made by the Court of the issues raised in Defendants' Motion to Dismiss. Concomitantly, the Case Management Conference regarding the status of mediation should also be continued. Given the foregoing, good cause exits for the Court to enter an order granting the parties' joint requests.

McMANIS FAULKNER

DATED: August 17, 2009    By _____
James McManis, Esq.
Neda Mansoorian, Esq.
Matthew Schechter, Esq.
Attorneys for Plaintiff, SARAH KIM, , Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,

DATED: August 17, 2009    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
Charles O. Thompson, Esq.
Sandra McIntyre, Esq.
Attorneys for Defendants INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that: 1) the deadline for the parties to complete mediation is continued from October 16, 2009 to **December 20, 2009**; and 2) the further Case Management Conference previously set for Friday, October 30, 2009, at 3:00 p.m., is continued to Friday, **January 29, 2009, at 3:00 p.m.**

DATED: _____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE



4837-3821-6964.1

2

STIPULATION AND [PROPOSED] ORDER THEREON