**United States District Court**
For the Northern District of California

1
2
3
4
5                         IN THE UNITED STATES DISTRICT COURT
6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    SARAH KIM,                                No. C 08-5565 SI
9              Plaintiff,                      **ORDER GRANTING DEFENDANTS'
                                               REQUEST FOR PROTECTIVE ORDER
10      v.                                     STAYING DISCOVERY UNTIL
                                               RESOLUTION OF MOTION TO**
11   INTERDENT INC., *et al.*,                 **DISMISS**
12             Defendants.
                                    /
13

14        Defendants have moved for a protective order staying all discovery until the Court rules on

15   defendants' motion to dismiss the amended complaint; the hearing on that motion is scheduled for

16   November 13, 2009.  Plaintiff opposes the motion on the ground that a stay will delay this case, and

17   plaintiff notes that under the current pretrial schedule, the close of discovery is scheduled for March

18   2010.

19        The Court finds that in light of the pending motion to dismiss, which is directed at all claims in

20   the amended complaint, it is reasonable to stay any further discovery to eliminate potentially expensive

21   and unnecessary discovery.  If the complaint survives the motion to dismiss, the Court can adjust the

22   pretrial schedule, and discovery deadlines, as necessary.  Accordingly, the Court GRANTS defendants'

23   motion for a protective order staying discovery until resolution of the pending motion to dismiss.

24

25        **IT IS SO ORDERED.**

26

27   Dated: September 23, 2009                  _____
                                                SUSAN ILLSTON
28                                              United States District Judge