JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: 408-279-8700
Facsimile: 408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-08-5565-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE, CASE MANAGEMENT CONFERENCE DATE, AND DISCOVERY DEADLINES** |

    Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of

record, hereby jointly request that this Court issue an order continuing the deadline to mediate, the further case management conference, and the discovery deadlines as set forth below.

Due to the discovery stay ordered by the Court while defendants' Motion to Dismiss the First Amended Complaint was pending, the parties seek additional time to conduct and complete discovery in order to prepare for trial.

1) The deadline to complete mediation is continued from December 20, 2009, to February 16, 2010;

2) The further Case Management Conference is continued from Friday, January 29, 2010 at 3:00 p.m. to Friday, March 5, 2010 at 3:00 p.m.;

3) The cutoff for non-expert discovery is continued from April 12, 2010, to May 12, 2010;

4) The deadline to disclose experts is continued from April 12, 2010, to May 12, 2010. The parties further agree that no demand for the exchange of expert information is required and that instead of written reports, pursuant to Fed. R. Civ. P. 26(a)(2)(B), the parties will instead comply with the requirements of California Code of Civil Procedure section 2034.260 as to what information is required in the exchange of expert witness information;

5) The deadline to disclose rebuttal experts is continued from April 30, 2010, to May 31, 2010. The parties further agree that, instead of written reports pursuant to Fed. R. Civ. P. 26(a)(2)(B), the parties will instead comply with the requirements of California Code of Civil Procedure sections 2034.260 and 2034.280 as to what information is required in any supplemental expert witness list; and

6) The cutoff for expert discovery is continued from May 29, 2010, to June 28, 2010.

///
///
///
///
///
///

1   The last day to hear dispositive motions, the pre-trial conference date and the trial date
2   remain the same as previously ordered by the Court on June 11, 2009.
3   Good cause exits for the Court to enter an order granting the parties' joint requests.
4   IT IS SO STIPULATED.

6   Dated: December 3, 2009                    McMANIS FAULKNER

                                              _____//s//_____
8                                             MATTHEW SCHECHTER

9                                             Attorneys for Plaintiff,
10                                            SARAH KIM

12  Dated: December 3, 2009                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                              _____//s//_____
15                                            CHARLES O. THOMPSON
                                              ALICE CONWAY POWERS

17                                            Attorneys for Defendants,
                                              INTERDENT, INC., a Delaware corporation, a/k/a
18                                            INTERDENT SERVICE CORPORATION, a
                                              Washington corporation, a/ka GENTLE DENTAL,
19                                            a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE
                                              OAK DENTAL GROUP, a/k/a DEDICATED
20                                            DENTAL, a/k/a AFFORDABLE DENTAL CARE,
                                              a/k/a CAPITAL DENTAL

22                                            **ORDER**

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: _____              _____[signature: Susan Illston]_____
                                              HONORABLE SUSAN ILLSTON
27                                            UNITED STATES DISTRICT JUDGE
28                                            NORTHERN DISTRICT OF CALIFORNIA