```
JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
```

Attorneys for Plaintiff,
SARAH KIM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV-08-5565-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE AND FURTHER CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of record, hereby jointly request that this Court issue an order continuing the deadline to mediate and the further case management conference.

The parties have agreed to mediate this matter before Jerry Spolter, Esq. at JAMS in San Francisco. Based on the availability of the parties and their counsel, as well as Mr. Spolter's schedule, the earliest date available for the mediation is Thursday, April 29, 2010. That date has been reserved. Because the mediation will not occur until April 29th, the parties stipulate as follows (subject to the Court's approval):

1) The deadline to complete mediation is continued from Tuesday, February 16, 2010, to Friday, May 7, 2010;

2) The further Case Management Conference is continued from Friday, March 5, 2010 at 3:00 p.m. to Friday, May 21, 2010 at 3:00 p.m.;

3) Any joint case management conference statement must be filed with the Court on or before Friday, May 14, 2010.

Good cause exists for the Court to enter an order granting the parties' joint requests.

IT IS SO STIPULATED.

Dated: February 9, 2010          McMANIS FAULKNER

                                 _____//s//_____
                                 MATTHEW SCHECHTER

                                 Attorneys for Plaintiff,
                                 SARAH KIM


Dated: February 9, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 _____//s//_____
                                 CHARLES O. THOMPSON
                                 ALICE CONWAY POWERS

                                 Attorneys for Defendants,
                                 INTERDENT, INC., a Delaware corporation, a/k/a
                                 INTERDENT SERVICE CORPORATION, a
                                 Washington corporation, a/ka GENTLE DENTAL,

a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA