JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     408-279-8700
Facsimile:     408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased, | Case No. CV-08-5565-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO PERMIT LIMITED DISCOVERY BEYOND THE FACT DISCOVERY CUT-OFF DATE** |
| vs. | |
| INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of

record, hereby jointly request that this Court issue an order, as set forth below, permitting limited discovery to take place beyond the current fact discovery cut-off date and to allow motions to compel as to this discovery to be filed beyond the current deadline for such motions.

1.      Fact discovery closes on Wednesday, May 12, 2010.

2.      The parties are in the process of taking depositions, but will be unable to start or complete certain depositions on or before the close of fact discovery.

3.      The parties agree that the third-party depositions of Jay Talkoff and Karen Weinberger can be scheduled on a date or dates after May 12, 2010, but must be taken and completed on or before Friday, May 28, 2010.

4.      The parties agree that the continued depositions of Interdent's person most knowledgeable (as to electronically stored information as set forth in plaintiff's "subject matter of testimony," attached as Exhibit A to plaintiff's Second Amended Notice of Deposition of Person Most Knowledgeable, dated March 19, 2010) and Mary Nakaki may be continued on dates after May 12, 2010, but must be taken and completed on or before Friday, May 28, 2010.

5.      Plaintiff, on May 3, 2010, filed a motion to compel with respect to Interdent's response to Form Interrogatory No. 4.1, and sought the following relief: for Interdent to provide a full and complete response to Form Interrogatory No. 4.1, require Interdent to produce a person most knowledgeable ("PMK") to be deposed as to the coverage dispute, and grant plaintiff leave to propound special interrogatories and document requests as to the coverage dispute and the Travelers' insurance policy.

6.      Interdent has provided plaintiff with a supplemental response to Form Interrogatory No. 4.1.  Interdent has also agreed, in writing, that it will produce a PMK to be deposed as to the coverage dispute, as well as allow plaintiff to propound special interrogatories and document requests on Interdent with respect to the Travelers' insurance policy and Interdent's coverage dispute with Travelers.

7.      The deposition of Interdent's PMK as to the coverage dispute can be scheduled on a date or dates after May 12, 2010, but must be taken and completed on or before Friday, May 28, 2010.

8.     Plaintiff will propound her special interrogatories and document requests on Interdent with respect to the Travelers' insurance policy and Interdent's coverage dispute with Travelers on or before Friday, May 14, 2010.

9.     Interdent will serve its responses to plaintiff's special interrogatories and document requests regarding Interdent's insurance policy with Travelers, and its coverage dispute with Travelers, on or before Friday, May 28, 2010.

10.    As to the discovery matters set forth in this stipulation – the depositions of Jay Talkoff, Karen Weinberger, and Interdent's PMK (as to the coverage dispute); the continued depositions of Mary Nakaki and Interdent's PMK (as to electronically stored information); and plaintiff's special interrogatories and document requests on Interdent with respect to its Travelers' insurance policy and Interdent's coverage dispute with Travelers – the deadline to bring a motion to compel as to these matters will be June 14, 2010.

11.    Unless the parties enter into another stipulation, this stipulation applies only to the depositions and discovery requests identified in paragraphs 3, 4, 7, 8, and 9, above, and does not affect any other currently scheduled deposition or discovery deadline.

If the Court enters an Order granting this Stipulation as set forth above, it will moot the motion to compel, filed by Interdent on May 3, 2010, regarding the deposition and records of Jay Talkoff (Document #66), as well as the motion to compel, filed by plaintiff on May 3, 2010, regarding Form Interrogatory No. 4.1 (Document #68).

///
///
///
///
///
///
///
///
///

3

1         Good cause exits for the Court to enter an order granting the parties' joint requests.

2         IT IS SO STIPULATED.

3

4   Dated: May 7, 2010                  McMANIS FAULKNER

5

6                                 //s//
                      MATTHEW SCHECHTER

7                       Attorneys for Plaintiff,

8                       SARAH KIM

9

10   Dated: May 7, 2010                  LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12                                 //s//
                      CHARLES O. THOMPSON

13                       ALICE CONWAY POWERS

14                       Attorneys for Defendants,

15                       INTERDENT, INC., a Delaware corporation, a/k/a
                      INTERDENT SERVICE CORPORATION, a

16                       Washington corporation, a/ka GENTLE DENTAL,
                      a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE

17                       OAK DENTAL GROUP, a/k/a DEDICATED
                      DENTAL, a/k/a AFFORDABLE DENTAL CARE,

18                       a/k/a CAPITAL DENTAL

19

20                                **<u>ORDER</u>**

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24   Dated: _____

25                       HONORABLE SUSAN ILLSTON
                      UNITED STATES DISTRICT JUDGE

26                       NORTHERN DISTRICT OF CALIFORNIA

27

28