IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KIM, | No. C 08-5565 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S FURTHER DEPOSITION** |
| v. | |
| INTERDENT INC., *et al.*, | |
| Defendants. | |

A dispute has arisen regarding the scheduling of plaintiff's further deposition.[1] Defendants seek an order compelling plaintiff's further deposition on May 28, 2010, in order to meet the current pretrial deadline of June 4, 2010 to file defendants' motion for summary judgment. Plaintiff states that she is unavailable on May 28 because she is pursuing a master's degree and has papers due and final exams scheduled between May 26 and May 30. Plaintiff states that she is available for deposition on June 1, and proposes that defendants be permitted to use the rough transcript of the deposition for the purpose of filing the summary judgment motion, followed by supplementing the rough transcript with the certified transcript upon receipt.

The Court finds that plaintiff's proposal is reasonable, with a slight modification in the briefing schedule to account for the timing of plaintiff's deposition. Plaintiff shall appear for her resumed deposition on **June 1, 2010**, and defendants may use the rough deposition transcript, followed by supplementing with the certified transcript. Dispositive motions shall be filed by **June 8, 2010**,

---

[1] The parties' letter briefs are found at Docket Nos. 88 and 89.

oppositions are due **June 22, 2010**, replies are due by **noon on June 29, 2010**, and the hearing shall remain on **July 9, 2010 at 9:00 am.**

**IT IS SO ORDERED.**

Dated: May ____, 2010

_____
SUSAN ILLSTON
United States District Judge