1  JAMES MCMANIS (40958)
   NEDA MANSOORIAN (207832)
2  SHARON KIRSCH (157157)
   MATTHEW SCHECHTER (212003)
3  ELIZABETH PIPKIN (
   McMANIS FAULKNER
4  A Professional Corporation
   50 West San Fernando Street, 10th Floor
5  San Jose, California 95113
   Telephone:    408-279-8700
6  Facsimile:    408-279-3244

7  Attorneys for Plaintiff,
   SARAH KIM

8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
10

11  SARAH KIM, Individually and as Successor    Case No. CV-08-5565-SI
    in Interest to RICHARD D. BAE, D.D.S.,
12  Deceased,

13          Plaintiff,                           **STIPULATION AND [PROPOSED]
                                                 ORDER EXTENDING THE MOTION
14  vs.                                          TO COMPEL DEADLINE AS TO
                                                 SELECTED DISCOVERY**
15  INTERDENT, INC., a Delaware
    corporation, a/k/a INTERDENT SERVICE
16  CORPORATION, a Washington
    corporation, a/k/a GENTLE DENTAL, a/k/a
17  MOUNTAIN VIEW DENTAL, a/k/a BLUE
    OAK DENTAL GROUP, a/k/a
18  DEDICATED DENTAL, a/k/a
    AFFORDABLE DENTAL CARE, a/k/a
19  CAPITAL DENTAL, and DOES 1-50,
    inclusive,
20
            Defendants.
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                    1
STIPULATION AND [PROPOSED] ORDER EXTENDING THE MOTION TO COMPEL DEADLINE AS TO
SELECTED DISCOVERY; CASE NO. CV-08-5565-SI

1    Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S.,

2    Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent

3    Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View

4    Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and

5    a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of

6    record, hereby stipulate as follows:

7    1.    With limited exceptions pursuant to stipulation and order or per a specific Court

8    order, fact discovery closed in this case on Wednesday, May 12, 2010.  Expert discovery closes

9    on June 28, 2010

10   2.    Local Rule 37-3 states that: "Where the Court has set separate deadlines for fact

11   and expert discovery, no motions to compel fact discovery may be filed more than 7 days after

12   the fact discovery cut-off[.]"

13   3.    Here, except for otherwise ordered, the deadline for filing a motion to compel as

14   to fact discovery is Wednesday, May 19, 2010.

15   4.    Plaintiff, on May 14, 2010, sent meet and confer letters to defendant regarding

16   responses to form interrogatories, special interrogatories, document requests, and a document

17   only subpoena served on Michael S. Tancio, D.M.D., A Dental Corporation.

18   5.    On May 17, 2010, in response to plaintiff's meet and confer letters, defendant said

19   that it will provide supplemental responses as to the following: form interrogatories number 15.1

20   and 16.1, special interrogatories number 11 and 14, document requests number 67 and 68 as well

21   as those requests seeking email communications, and the subpoena served on Michael S. Tancio,

22   D.M.D., A Dental Corporation.

23   6.    The parties agree that they would be best served if defendant provided its

24   supplemental responses for plaintiff's review, along with the opportunity for further meet and

25   confer on the supplemental responses, before plaintiff was forced to file a motion to compel with

26   the Court.

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER EXTENDING THE MOTION TO COMPEL DEADLINE AS TO
SELECTED DISCOVERY; CASE NO. CV-08-5565-SI
ELECTED DISCOVERY; CASE NO. CV-08-5565-SI

1       7.      Defendant will produce its supplemental responses on a rolling basis, but no later

2   than May 28, 2010.

3       8.      As to the responses and supplemental responses to form interrogatories number

4   15.1 and 16.1, special interrogatories number 11 and 14, document requests number 67 and 68,

5   and the third-party subpoena served on Michael S. Tancio, D.M.D., A Dental Corporation,

6   plaintiff will have one (1) week from the date of service of each supplemental response to engage

7   in further meet and confer with defendant and, if necessary, file a motion to compel with the

8   Court.

9       9.      As to the document requests regarding any and all electronic mail, the deadline to

10  bring a motion to compel as to that particular discovery issue is continued to June 14, 2010.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    10.    On or about April 20, 2010, a third-party subpoena, seeking documents, was

2   served on the Robert P. Nakaki Dental Corporation ("Nakaki Dental") by Quest Discovery

3   Services ("Quest").  Quest is still working with Nakaki Dental on obtaining any documents that

4   are responsive to the subpoena.  The parties hereby agree that plaintiff has until June 4, 2010 to

5   file any motion to compel as to the subpoena.

6         IT IS SO STIPULATED.

7   Dated: May 19, 2010                    McMANIS FAULKNER

8

9                                          _____//s//_____
                                           MATTHEW SCHECHTER
10

11                                         Attorneys for Plaintiff,
                                           SARAH KIM
12
    Dated: May 19, 2010                    LEWIS BRISBOIS BISGAARD & SMITH LLP
13

14

15                                         _____//s//_____
                                           CHARLES O. THOMPSON
16                                         ALICE CONWAY POWERS

17                                         Attorneys for Defendants,
                                           INTERDENT, INC., a Delaware corporation, a/k/a
18                                         INTERDENT SERVICE CORPORATION, a
                                           Washington corporation, a/ka GENTLE DENTAL,
19                                         a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE
                                           OAK DENTAL GROUP, a/k/a DEDICATED
20                                         DENTAL, a/k/a AFFORDABLE DENTAL CARE,
                                           a/k/a CAPITAL DENTAL
21

22

23                                  **ORDER**

24   PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26

27   Dated: _____      _____
                                     HONORABLE SUSAN ILLSTON
28                                   UNITED STATES DISTRICT JUDGE
                                     NORTHERN DISTRICT OF CALIFORNIA

                                           4