JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
ELIZABETH PIPKIN (243611)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244

Attorneys for Plaintiff,
SARAH KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-08-5565-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE EXPERT DISCOVERY CUT-OFF DATE** |

///

///

///

///

///

Plaintiff, Sarah Kim, Individually and as Successor in Interest to Richard D. Bae, D.D.S., Deceased ("plaintiff"), and defendants, Interdent, Inc., a Delaware corporation, a/k/a Interdent Service Corporation, a Washington corporation, a/k/a Gentle Dental, a/k/a Mountain View Dental, a/k/a Blue Oak Dental Group, a/k/a Dedicated Dental, a/k/a Affordable Dental Care, and a/k/a Capital Dental (collectively, "defendants"), by and through their respective attorneys of record, hereby jointly request that this Court issue an order, as set forth below, extending the date for the close of expert discovery, as well as the date for the parties to file any motions to compel as to expert discovery.

1.  Expert discovery is currently set to close on Monday, June 28, 2010.

2.  The parties have scheduled the depositions of the eleven (11) total experts, but, due to scheduling conflicts among counsel and the expert witnesses, the parties will not be able to complete all of the depositions before June 28, 2010.

3.  Two expert depositions have already occurred. The remaining expert depositions are scheduled as follows:

    a.  Steven B. Kupferman, D.M.D., M.D. and Neal L. Benowitz, M.D. on June on June 29, 2010.

    b.  Shiraz Buhari, M.D. on June 30, 2010.

    c.  Dr. John M. Greene, M.D. and Michael E. Cadra, M.D., D.M.D. on July 1, 2010.

    d.  Alfred Joseph Hurt, Jr., Pharm.D. and Dr. H. William Gottschalk, D.D.S. on July 2, 2010.

    e.  Mr. Mark Cohen on July 7, 2010.

    f.  Barry Gustin, M.D., M.P.H. on July 15, 2010 (tentative).

4.  As a result of the above-listed schedule, the parties agree that the close of expert discovery should be continued for the purpose of completing the above-listed depositions as scheduled.

5.  The parties further agree that the deadline for the parties to file any motions to compel as to expert discovery should be continued from July 5, 2010 to July 16, 2010 to

accommodate the new schedule.

Good cause exits for the Court to enter an order granting the parties' joint requests.

IT IS SO STIPULATED.

Dated: June 25, 2010                McMANIS FAULKNER

_____//s//_____
ELIZABETH PIPKIN

Attorneys for Plaintiff,
SARAH KIM

Dated: June 25, 2010                LEWIS BRISBOIS BISGAARD & SMITH LLP

_____//s//_____
CHARLES O. THOMPSON
ALICE CONWAY POWERS

Attorneys for Defendants,
INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/ka GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____
                                      HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE
                                      NORTHERN DISTRICT OF CALIFORNIA