IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERDENT INC., *et al.*,<br><br>　　　　Defendant.　　　　　　／ | No. C 08-5565 SI<br><br>**ORDER GRANTING REQUEST FOR TRIAL CONTINUANCE; SCHEDULING TELEPHONE CONFERENCE FOR AUGUST 4, 2010 AT 3:30** |

The Court GRANTS the request for a trial continuance and VACATES the current pretrial schedule. The Court will hold a telephone conference with counsel on August 4, 2010 at 3:30 to select a new trial date.

**IT IS SO ORDERED.**

Dated: July 23, 2010

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge