**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.362.2580
Fax: 415.434.0882
www.lbbslaw.com

**ALICE CONWAY POWERS**
DIRECT DIAL: 415.438.5909
E-MAIL: powers@lbbslaw.com

September 9, 2010

File No.
27002-12

The Honorable Magistrate Judge Joseph C. Spero
United States District Court, Northern District
Courtroom A
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: *Kim v. Interdent Inc., et al* - US Northern District Court No.: CV085565
September 27, 2010 Settlement Conference

Dear Judge Spero:

The purpose of this correspondence is to address the settlement conference you are leading in this matter, which is scheduled for September 27, 2010 at 9:30 a.m. The parties hereby jointly request that it begin slightly later, at 11:00 a.m., for the following reasons.

The Court's Notice of Settlement Conference and Settlement Conference Order specifically notes that an "insured party shall appear with a representative of the carrier." Defendant Interdent's carrier representative lives outside of the State of California, and will be flying to California to attend the settlement conference. However, the carrier representative will be on a family vacation the week and weekend prior to the settlement conference, and is returning home the evening of September 26, 2010. I have been informed that the representative cannot fly to San Francisco that evening, or be present at 9:30 a.m. on September 27. We therefore request that the settlement conference begin slightly later, at 11:00 a.m., so that the carrier representative may fly out the morning of September 27, and attend the settlement conference in person.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4825-6244-6087.1

The Honorable Magistrate Judge Joseph C. Spero
September 9, 2010
Page 2


    Plaintiff and her counsel of record are in agreement with this suggestion.  A copy of Plaintiff's counsel's correspondence to this effect is attached to this letter as <u>Exhibit A</u>.  Please let us know if this suggestion is possible, and if there is anything further required from the parties in order to facilitate this request.

    Thank you for your consideration of this matter.

                        Very truly yours,

                        /s/

                        Alice Conway Powers of
                        LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Elizabeth Pipkin (via facsimile)

Enclosure

Dated: 09/10/10



IT IS SO ORDERED
Judge Joseph C. Spero

# EXHIBIT A

| | |
|---|---|
| From: | "Pipkin, Elizabeth" <epipkin@mcmanislaw.com> |
| To: | ALICE POWERS <POWERS@lbbslaw.com> |
| Date: | 9/8/2010 4:40 PM |
| Subject: | Kim v. Interdent -- settlement conference |

Alice,

Plaintiff Sarah Kim does not object to moving the settlement conference to 11 a.m. to accommodate the schedule of Interdent's insurance carrier, if that meets with the Court's approval. Please attach this email to your correspondence with Judge Spero regarding this matter.

Thank you.

Elizabeth

ELIZABETH PIPKIN
McMANIS FAULKNER
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, CA 95113
408.279.8700 Telephone
408.279.3244 Facsimile
www.mcmanislaw.com<http://www.mcmanisfaulkner.com>

[cid:image003.png@01CB4F74.7D330F50]<http://www.mcmanislaw.com/>

This email contains confidential information that may be privileged. Unless you are the addressee named above, you may not copy, use, or distribute it. If you have received it in error, please contact the sender by reply email and delete all copies. Thank you.