**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES O. THOMPSON, SB# 139841
ALICE CONWAY POWERS, SB# 194508
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>INTERDENT, INC., a Delaware corporation, aka INTERDENT SERVICE CORPORATION, a Washington corporation, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-5565 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

Defendants, INTERDENT, INC., aka INTERDENT SERVICE CORPORATION, aka GENTLE DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE OAK DENTAL GROUP, aka DEDICATED DENTAL, aka AFFORDABLE DENTAL CARE, aka CAPITAL DENTAL (collectively "Defendants"), and Plaintiff, SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased, ("Plaintiff"), by and through their respective counsel of record, herein, hereby jointly request that the Court enter an Order continuing the further Case Management Conference from October 26, 2010 to December 16, 2010. The parties resolved this matter at the

1  September 27, 2010 settlement conference before Magistrate Judge Spero, but Defendants have 60
2  days from that date to fund the settlement.  Given the foregoing, good cause exists for the Court to
3  enter an order granting the parties' joint request.

**McMANIS FAULKNER**

DATED: October 15, 2010          By _____/s/_____
                                  James McManis, Esq.
                                  Elizabeth Pipkin, Esq.
                                  Matthew Schechter, Esq.
                                  Attorneys for Plaintiff, SARAH KIM, , Individually
                                  and as Successor in Interest to RICHARD D. BAE,
                                  D.D.S., Deceased

DATED: October 15, 2010          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                  By _____/s/_____
                                  Charles O. Thompson, Esq.
                                  Alice Conway Powers, Esq.
                                  Attorneys for Defendants INTERDENT, INC., aka
                                  INTERDENT SERVICE CORPORATION, aka GENTLE
                                  DENTAL, aka MOUNTAIN VIEW DENTAL, aka BLUE
                                  OAK DENTAL GROUP, aka DEDICATED DENTAL,
                                  aka AFFORDABLE DENTAL CARE, aka CAPITAL
                                  DENTAL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that: the further case management conference is continued from October 26, 2010 to **December 16, 2010**.

DATED:_____          ____/s/ Susan Illston____
                            Honorable Susan Illston
                            UNITED STATES DISTRICT JUDGE

