1  JAMES MCMANIS (40958)
   ELIZABETH PIPKIN (243611)
2  McMANIS FAULKNER
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:    408-279-8700
   Facsimile:    408-279-3244
5  Email:        epipkin@mcmanislaw.com

6  Attorneys for Plaintiff,
   SARAH KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased,<br><br>           Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., a Delaware corporation, a/k/a INTERDENT SERVICE CORPORATION, a Washington corporation, a/k/a GENTLE DENTAL, a/k/a MOUNTAIN VIEW DENTAL, a/k/a BLUE OAK DENTAL GROUP, a/k/a DEDICATED DENTAL, a/k/a AFFORDABLE DENTAL CARE, a/k/a CAPITAL DENTAL, and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. CV-08-5565-SI<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

---
1
REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL;
CASE NO. CV-08-5565-SI

Pursuant to the Confidential Terms of Settlement Agreement agreed by the parties before the Honorable Magistrate Joseph Spero on September 27, 2010, and the parties' Confidential Settlement Agreement and General Release dated November 10, 2010, plaintiff SARAH KIM, Individually and as Successor in Interest to RICHARD D. BAE, D.D.S., Deceased, respectfully requests that the Court dismiss this case with prejudice in its entirety, all parties to bear their own costs and attorney's fees.

Dated: November 16, 2010                                  McMANIS FAULKNER

                                                          //s//  Elizabeth Pipkin
                                         ELIZABETH PIPKIN

                                         Attorneys for Plaintiff,
                                       SARAH KIM

## ORDER OF DISMISSAL

Pursuant to plaintiff's request, this case is hereby DISMISSED with prejudice. All parties shall bear their own costs and attorney's fees.

Dated: _____          _____
                                         HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF CALIFORNIA